**Exhibit A to the Complaint**

**Location:** Miami, FL  
**Total Works Infringed:** 73

**IP Address:** 104.12.67.171  
**ISP:** AT&T U-verse

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | DE19EB6102B62ECE956757B2943FF020428374B7 | 04/12/2019 11:39:03 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 2 | 025477E817FDAD26E20E85603DCEC00D1BD5DA68 | 09/03/2018 14:26:17 | Blacked | 09/02/2018 | 11/01/2018 | PA0002143413 |
| 3 | 04B81CD512947FB36A2A9530FBAB032B30906229 | 06/24/2018 23:12:53 | Vixen | 06/13/2018 | 07/14/2018 | PA0002128389 |
| 4 | 05A7B52E88CC9418AD100770A8B91C7FCBB1C243 | 04/22/2018 20:50:35 | Blacked Raw | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 5 | 06F39379F3307C4AF45B6ED9D488BCD8AD3FFDC1 | 07/12/2018 11:35:54 | Blacked Raw | 07/11/2018 | 08/07/2018 | PA0002131894 |
| 6 | 07A2DD349EEB9031394043FB98C4B2C672A2EE28 | 11/14/2018 12:28:00 | Blacked Raw | 11/13/2018 | 12/10/2018 | PA0002145836 |
| 7 | 07A71D8AB8A0645049C16B98A28538E06A009D7B | 09/21/2018 22:30:20 | Vixen | 09/21/2018 | 11/01/2018 | PA0002143417 |
| 8 | 132E0782A298ADD3C5CDAA3B0AD3072B3E13BB95 | 02/27/2019 12:48:57 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 9 | 13C9573AFC29FB933B701A2EC6625DD88531B6D2 | 12/20/2017 22:36:25 | Vixen | 12/20/2017 | 01/15/2018 | PA0002099694 |
| 10 | 142D803F6D0A049D8976F7C3D6E808E1F7658942 | 12/24/2017 14:12:53 | Blacked Raw | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 11 | 158258B1A19235075D5BC7E77F3979BEFC8EABAC | 10/03/2018 11:46:18 | Vixen | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 12 | 209ADEA84CE0566D845611964D4E17054104ACA5 | 08/30/2018 00:14:32 | Tushy | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 13 | 21E262CE5356082B3CDE917564BE91B011CB1EF7 | 12/18/2017 22:43:06 | Blacked Raw | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 14 | 232A715993302BFA5E2CD6FED71A05699484F79B | 07/29/2018 01:48:44 | Blacked Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 15 | 2541261990122381387D2C03CDA34FF74B4EDE3E | 10/30/2018 22:12:55 | Blacked Raw | 10/29/2018 | 12/10/2018 | PA0002145837 |
| 16 | 270AE1C67D3FCA399D41F738803BD5F8C63C70D7 | 02/05/2018 12:35:27 | Blacked | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 17 | 2739CF9685304A3595238A45D6C0249B23A20620 | 01/02/2019 12:54:49 | Blacked Raw | 04/27/2018 | 05/24/2018 | PA0002101367 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32 | 11/17/2018 13:16:34 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 19 | 2D0EA0215A4F3D3C8551757E2E9A9BCFB3206458 | 01/16/2019 12:53:15 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 20 | 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08 | 12/13/2017 00:57:33 | Tushy | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 21 | 2E72092B0B63BE9DDE5FCE742CB522B62857ABCA | 04/18/2018 11:34:14 | Tushy | 03/22/2018 | 04/17/2018 | PA0002116092 |
| 22 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | 06/14/2018 11:39:52 | Blacked | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 23 | 352D8D6F68451DBAD94635B8E4343E8D1632C261 | 10/20/2018 13:25:21 | Blacked Raw | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 24 | 36602A2A8598380F67FF6FCEBD7FCD97ED374F38 | 03/19/2019 11:37:42 | Blacked Raw | 03/18/2019 | 04/08/2019 | PA0002164883 |
| 25 | 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC | 03/29/2018 21:30:07 | Blacked Raw | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 26 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | 11/22/2017 22:55:48 | Tushy | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 27 | 5602E15C76A2CB2369322872F6C53500FB225372 | 03/28/2018 11:43:28 | Blacked Raw | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 28 | 57D55CF2E1C375BBFAB76A1226219452189BF550 | 12/04/2017 02:43:47 | Blacked Raw | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 29 | 5EC01D9488F404893F831BBB549507B48B9618D2 | 11/21/2018 12:34:16 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |
| 30 | 62C92B416712660F3575F3789860DFDB90A1A4C2 | 03/21/2018 21:28:46 | Vixen | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 31 | 631FC1DE4DA9F81412466119508D5806E2AD38BE | 06/03/2018 12:24:24 | Blacked Raw | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 32 | 6485D2C06BE7023990B69BE93812D5066B963ED4 | 04/22/2018 21:00:25 | Blacked | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 33 | 653A197DA450A77DD20F0750B88394638418B4B5 | 03/21/2018 11:59:28 | Blacked Raw | 03/18/2018 | 04/17/2018 | PA0002116068 |
| 34 | 6677A34981ADD5ECD31DE1CA597F1FFC7F7D5D77 | 08/18/2018 13:22:51 | Blacked | 05/20/2018 | 07/14/2018 | PA0002128469 |
| 35 | 69BA9C8EC6B3C2D9FB6CD545B85991237BC901C2 | 09/10/2018 12:08:45 | Blacked Raw | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 36 | 716BD92E139BE2039209B3F8C494B7A8356E4774 | 11/21/2018 22:51:45 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | 7180352F1197F512822C8C7B41CAADADB5C0F744 | 01/27/2019 16:23:57 | Blacked | 01/25/2019 | 02/22/2019 | PA0002155136 |
| 38 | 739EB8A76A0350F7CA58F6464551E732BCED35C1 | 11/03/2017 22:53:38 | Blacked Raw | 11/03/2017 | 12/04/2017 | PA0002098024 |
| 39 | 763A6FC5F201546394575CD7601D8C2D7DBD3AE7 | 09/05/2018 23:39:13 | Blacked Raw | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 40 | 7927D991B118B583CD71828F2F63A12B4635B5E7 | 05/21/2018 22:01:27 | Tushy | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 41 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | 11/13/2017 23:03:37 | Blacked | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 42 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | 12/06/2017 23:05:33 | Blacked | 12/06/2017 | 01/04/2018 | PA0002097418 |
| 43 | 8D59D2FF399FEF64B7DF0A0C5CE0A2FB593DAC6B | 04/26/2018 23:43:43 | Blacked | 04/25/2018 | 06/19/2018 | PA0002126642 |
| 44 | 9A5ACC9C958C00F1B826AC91A7DB3423BCE3F400 | 04/13/2018 00:34:37 | Blacked Raw | 04/12/2018 | 06/18/2018 | PA0002126637 |
| 45 | 9FE743BAF7076C7B1416416DCB8787E922B10AE8 | 10/22/2018 21:45:16 | Blacked | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 46 | A25F0F8A58F9E53C1BF9249E70F2C692B76AE904 | 01/13/2019 17:33:32 | Blacked Raw | 01/12/2019 | 02/02/2019 | PA0002155388 |
| 47 | A361841535E06DF75A9B500A19E4C931252F04C8 | 03/18/2019 11:52:44 | Tushy | 03/17/2019 | 04/08/2019 | PA0002164888 |
| 48 | A890E0D79F6C5499009A42180B4D452FB4B71CE7 | 11/09/2017 12:41:34 | Blacked Raw | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 49 | AA99615AE6C723CB3050DAC4D48D914E6D5CC02F | 05/17/2018 22:10:00 | Blacked Raw | 05/17/2018 | 06/19/2018 | PA0002126644 |
| 50 | AD5B2C54E6A1F387BDA08B9848BE8D988A2F2553 | 04/10/2018 11:36:50 | Blacked Raw | 04/07/2018 | 06/19/2018 | PA0002126641 |
| 51 | B8C4FC4A2D6EC42EECAF7D9FBA8EC87235AD5FF7 | 06/14/2018 11:49:24 | Vixen | 09/11/2017 | 09/15/2017 | PA0002052839 |
| 52 | C107588A00810F57F076C5926BF6D8624E4BCAD1 | 08/23/2018 21:44:21 | Blacked | 08/23/2018 | 11/01/2018 | PA0002143434 |
| 53 | C2295AE8704ED037E9E49C2B4B5FBA45316C02A8 | 10/03/2018 11:55:12 | Blacked Raw | 09/29/2018 | 11/01/2018 | PA0002143425 |
| 54 | C2CD33294A80E9042A3D6D2FC6C52861821EFA18 | 07/17/2018 00:25:47 | Blacked Raw | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 55 | CADBBA1A6C271994D0D3029E6C15FEF4E52EDFDE | 01/03/2018 02:44:31 | Blacked Raw | 01/02/2018 | 01/26/2018 | PA0002101761 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 56 | CCE9FA128205198C6A014556AFF4DC9D7866B695 | 12/15/2018 12:47:32 | Tushy | 04/16/2018 | 06/18/2018 | PA0002126681 |
| 57 | D004FE4CC187D0709C94955D8BF728C72E039D05 | 05/23/2018 22:06:23 | Blacked Raw | 05/22/2018 | 07/14/2018 | PA0002128073 |
| 58 | D0944B3B26CD699C8CBD1F29C33DEB31C4958BA0 | 05/15/2018 22:58:01 | Blacked | 05/15/2018 | 06/19/2018 | PA0002126654 |
| 59 | D50BF8212FE5D98D5F36C1B12E745F493E67C6DE | 04/04/2018 21:49:30 | Blacked Raw | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 60 | D8D7AA43D1F211B5C0E6AB6C3FA34FB34CB16036 | 06/22/2018 11:32:28 | Blacked Raw | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 61 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | 11/13/2017 13:01:23 | Tushy | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 62 | E2447BE4DD984247C285CA3332281DEBBAE74F6A | 05/06/2018 14:13:42 | Blacked Raw | 05/02/2018 | 06/19/2018 | PA0002126647 |
| 63 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | 11/21/2017 01:56:43 | Vixen | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 64 | E48665E26ACE2AC908A80B030E5B02682277F35C | 01/08/2018 12:47:46 | Blacked Raw | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 65 | E8D7D52D43C3BA399DE79B24BB04D25C90126354 | 08/06/2018 11:42:53 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 66 | EA0ED434C857B6A53DEE2452A1EF58012F27B42A | 06/25/2018 01:28:26 | Blacked | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 67 | EA84537B6646C8DAAFD3C394CCDADFC7A0895131 | 09/07/2018 00:22:08 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 68 | EA940B8AA781644B98523FD3D1B0B6809C9A5229 | 11/22/2017 22:52:50 | Blacked | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 69 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | 08/04/2018 01:17:21 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 70 | EFDB886D8D69B8D7CC31153066C52424FA716283 | 04/12/2019 11:42:06 | Vixen | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 71 | F15A3D34FF0FD051292EC25A6DBB3F574863F6E2 | 04/17/2018 22:38:14 | Blacked Raw | 04/17/2018 | 05/23/2018 | PA0002101308 |
| 72 | F7584EAD8BB810CD75BB8B1AC568E48EE5CC21A0 | 12/19/2018 01:47:48 | Blacked Raw | 12/18/2018 | 02/02/2019 | PA0002155391 |
| 73 | F9E101EA92C17F5285F5E7917D00B7654F42CFE6 | 06/06/2018 22:17:09 | Blacked Raw | 06/06/2018 | 07/14/2018 | PA0002128447 |