UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:19-cv-23187**

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 104.12.67.171 an individual,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**<u>WITHOUT PREJUDICE OF JOHN DOE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 104.12.67.171, are voluntarily dismissed without prejudice.

Dated: August 1, 2019                      Respectfully submitted,

                                                  GREENSPOON MARDER, LLP

                                                  /s/ Rachel E. Walker_____
                                                  RACHEL E. WALKER (FL Bar No. 111802)
                                                  600 Brickell Avenue, Suite 3600
                                                  Miami, FL 33131
                                                  Telephone: (305) 789-2770
                                                  Facsimile: (305) 537-3909
                                                  Primary Email: Rachel.Walker@gmlaw.com
                                                  Secondary Email: Gloria.Donaire@gmlaw.com

                                                  *Attorneys for Plaintiff*