UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-23187-UU

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal. D.E. 4 (the "NOVD").

THE COURT has reviewed the NOVD, the pertinent portions of the record, and is otherwise fully advised in the premises. On August 1, 2019, Plaintiff filed its Complaint alleging that Defendant is liable for direct copyright infringement. D.E. 1. Shortly thereafter,[1] Plaintiff filed the NOVD, informing the Court that it dismissed this action without prejudice. *Id.* Accordingly, it is hereby

ORDERED AND ADJUDGED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this action are DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _2d_ day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Notices of Electronic Filing reflect that the Complaint was filed at 2:15 PM EDT, the undersigned was assigned to the case at 4:27 PM EDT, and the NOVD was filed at 5:31 PM EDT.

cc: all counsel of record via cm/ecf